**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                §       Case No. 10-23008-CAD
                                      §
ALLIANCE WAREHOUSING &                §
DISTRIBUTION OF HOUSTON, INC.         §
                                      §
                                      §
        Debtor                        §

**TRUSTEE'S FINAL REPORT – AMENDED**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 0 of the United States Bankruptcy Code was filed on 05/20/2010. The case was converted to one under Chapter 7 on 05/27/2010. The undersigned trustee was appointed on 05/20/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $286,083.17

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $26,649.73 |
    | Bank service fees | $469.49 |
    | Other Payments to creditors | $241,491.75 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $17,472.20 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/21/2010 and the deadline for filing government claims was 10/21/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $17,554.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $15,719.66 as interim compensation and now requests the sum of $1,834.50, for a total compensation of $17,554.16[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/06/2013                By:   /s/ David E. Grochocinski
                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 10-23008-CAD | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- |
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | Date Filed (f) or Converted (c): | 05/27/2010 (c) |
| For the Period Ending: | 3/6/2013 | | $341(a) Meeting Date: | 10/21/2004 |
| | | | Claims Bar Date: | 10/21/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | CHECKING | | $3,200.00 | $3,200.00 | | $0.00 | FA |
| 2 | CUSTOMER LIST | | $0.00 | $0.00 | | $0.00 | FA |
| 3 | COMMISSIONS FROM OPERATION OF WAREHOUSE | (u) | $60,000.00 | $60,000.00 | | $71,281.93 | FA |
| 4 | WCO AGREEMENTS/LEASE | (u) | $195,000.00 | $0.00 | | $195,000.00 | FA |
| 5 | FUND 936 WARRANT REFUND | (u) | $2,208.60 | $0.00 | | $2,208.60 | FA |
| 6 | PREFERENCE DEMAND | (u) | Unknown | Unknown | | $17,500.00 | FA |
| INT | Interest Earned | (u) | Unknown | Unknown | | $92.64 | Unknown |

TOTALS (Excluding unknown value)    $260,408.60    $63,200.00    $0.00    $286,083.17

Gross Value of Remaining Assets

**Major Activities affecting case closing:**
WAITING ON RETURNS AND INVESTIGATIONS OF PREFERENCE AND OTHER TRANSFER PAYMENTS

Initial Projected Date Of Final Report (TFR): 04/30/2012    Current Projected Date Of Final Report (TFR): 12/30/2013    /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1    Exhibit B

| Case No.: | 10-23008-CAD | | Trustee Name: | David E. Grochocinski |
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1152 | | Checking Acct #: | ******8365 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/14/2010 | (3) | LDS PREMIER LOGISTICS, INC. (WIRE TRANSFER) | MAY 2010 COMMISSIONS | 1290-000 | $54,334.24 | | $54,334.24 |
| 06/14/2010 | 1001 | UPS | INV#0000FA7336230/OVERNIGHT DELIVERY FEES | 2990-000 | | $189.80 | $54,144.44 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | $5.00 | | $54,149.44 |
| 07/27/2010 | (4) | LANDSTAR SYSTEMS, INC. | WIRE CONFIRMATION | 1249-000 | $195,000.00 | | $249,149.44 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | $9.70 | | $249,159.14 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | $31.73 | | $249,190.87 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.13 | | $249,197.00 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.34 | | $249,203.34 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.13 | | $249,209.47 |
| 12/01/2010 | 1002 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | AWARD OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES PER ORDER OF 11/30/10 | * | | $7,448.01 | $241,761.46 |
| | | | FEES     $(7,245.00) | 3110-000 | | | $241,761.46 |
| | | | EXPENSES     $(203.01) | 3120-000 | | | $241,761.46 |
| 12/01/2010 | 1003 | DAVID E. GROCHOCINSKI | INTERIM COMPENSATION PER ORDER OF 11/30/10 | 2100-000 | | $15,719.66 | $226,041.80 |
| 12/02/2010 | (3) | LANDSTAR | INCOMING WIRE/COMMISSIONS | 1290-000 | $16,947.69 | | $242,989.49 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.19 | | $242,995.68 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.19 | | $243,001.87 |
| 02/14/2011 | 1004 | Bank of America | secured creditor payment | 4110-000 | | $140,000.00 | $103,001.87 |
| 02/15/2011 | 1005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-23008, Bond#016026455 | 2300-000 | | $67.85 | $102,934.02 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $4.09 | | $102,938.11 |
| 03/01/2011 | 1006 | UPS | OVERNIGHT DELIVERY CHARGES | 2990-000 | | $19.41 | $102,918.70 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.62 | | $102,921.32 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.53 | | $102,923.85 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.62 | | $102,926.47 |
| | | | | SUBTOTALS | $266,371.20 | $163,444.73 | |

Page No: 2                                      Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-23008-CAD |
|---|---|
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. |
| Primary Taxpayer ID #: | ******1152 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 5/20/2010 |
| For Period Ending: | 3/6/2013 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******8365 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.84 | | $102,927.31 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.87 | | $102,928.18 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $197.39 | $102,730.79 |
| 08/02/2011 | (5) | TEXAS COMPTROLLER OF PUBIC ACCOUNTS | FUND 936 WARRANT REFUND | 1224-000 | $2,208.60 | | $104,939.39 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.89 | | $104,940.28 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $243.53 | $104,696.75 |
| 09/23/2011 | 1007 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | INTERIM COMPENSATION/PER ORDER OF 9/22/11 | 3410-000 | | $3,205.00 | $101,491.75 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($7.05) | $101,498.80 |
| 09/26/2011 | 1008 | Bank of America | PAYMENT OF SECURED LIEN | 4110-000 | | $101,491.75 | $7.05 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.77 | | $7.82 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $7.82 | $0.00 |

| | TOTALS: | $268,583.17 | $268,583.17 | $0.00 |
|---|---|---|---|---|
| | Less: Bank transfers/CDs | $0.00 | $7.82 | |
| | Subtotal | $268,583.17 | $268,575.35 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $268,583.17 | $268,575.35 | |

| For the period of 5/20/2010 to 3/6/2013 | | For the entire history of the account between 06/01/2010 to 3/6/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $268,583.17 | Total Compensable Receipts: | $268,583.17 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $268,583.17 | Total Comp/Non Comp Receipts: | $268,583.17 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $268,575.35 | Total Compensable Disbursements: | $268,575.35 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $268,575.35 | Total Comp/Non Comp Disbursements: | $268,575.35 |
| Total Internal/Transfer Disbursements: | $7.82 | Total Internal/Transfer Disbursements: | $7.82 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3     Exhibit B

| Case No. | 10-23008-CAD | | | Trustee Name: | David E. Grochocinski |
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1152 | | | Checking Acct #: | ******8366 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

| | | | |
|---|---|---|---|
| | **TOTALS:** | $0.00 | $0.00 |
| | **Less: Bank transfers/CDs** | $0.00 | $0.00 |
| | **Subtotal** | $0.00 | $0.00 |
| | **Less: Payments to debtors** | | $0.00 |
| | **Net** | $0.00 | $0.00 |

**For the period of 5/20/2010 to 3/6/2013**        **For the entire history of the account between 06/01/2010 to 3/6/2013**

| | | | | |
|---|---|---|---|---|
| Total Compensable Receipts: | $0.00 | | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | | Total Internal/Transfer Receipts: | $0.00 |
| | | | | |
| Total Compensable Disbursements: | $0.00 | | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 10-23008-CAD |
| --- | --- |
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. |
| Primary Taxpayer ID #: | ******1152 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 5/20/2010 |
| For Period Ending: | 3/6/2013 |

| Trustee Name: | David E. Grochocinski |
| --- | --- |
| Bank Name: | Green Bank |
| Checking Acct #: | ******0801 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $7.82 | | $7.82 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.81 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.80 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.79 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.78 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.77 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.76 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.75 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.74 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.73 |
| 12/20/2012 | (6) | JOSEPH URSO | SETTLEMENT PER ORDER OF 12/19/12 | 1241-000 | $17,500.00 | | $17,507.73 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.29 | $17,500.44 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $28.24 | $17,472.20 |

| | | |
|---|---|---|
| TOTALS: | $17,507.82 | $35.62 |
| Less: Bank transfers/CDs | $7.82 | $0.00 |
| Subtotal | $17,500.00 | $35.62 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $17,500.00 | $35.62 |

For the period of 5/20/2010 to 3/6/2013

| | |
|---|---|
| Total Compensable Receipts: | $17,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,500.00 |
| Total Internal/Transfer Receipts: | $7.82 |
| Total Compensable Disbursements: | $35.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $35.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 02/07/2012 to 3/6/2013

| | |
|---|---|
| Total Compensable Receipts: | $17,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,500.00 |
| Total Internal/Transfer Receipts: | $7.82 |
| Total Compensable Disbursements: | $35.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $35.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 10-23008-CAD | | Trustee Name: | David E. Grochocinski |
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1152 | | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/20/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**        NET DEPOSITS        NET DISBURSE        ACCOUNT BALANCES

$286,083.17        $268,610.97        $17,472.20

**For the period of 5/20/2010 to 3/6/2013**

| | |
|---|---|
| Total Compensable Receipts: | $286,083.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $286,083.17 |
| Total Internal/Transfer Receipts: | $7.82 |
| | |
| Total Compensable Disbursements: | $268,610.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $268,610.97 |
| Total Internal/Transfer Disbursements: | $7.82 |

**For the entire history of the case between 05/27/2010 to 3/6/2013**

| | |
|---|---|
| Total Compensable Receipts: | $286,083.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $286,083.17 |
| Total Internal/Transfer Receipts: | $7.82 |
| | |
| Total Compensable Disbursements: | $268,610.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $268,610.97 |
| Total Internal/Transfer Disbursements: | $7.82 |

/s/ DAVID E. GROCHOCINSKI
_____
DAVID E. GROCHOCINSKI

CLAIM ANALYSIS REPORT

Page No: 1  
Exhibit C

| Case No. | 10-23008-CAD | | | | Trustee Name: | David E. Grochocinski |
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | | | Date: | 3/6/2013 |
| Claims Bar Date: | 10/21/2010 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 01/30/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $17,554.16 | $17,554.16 | $15,719.66 | $0.00 | $0.00 | $1,834.50 |
| | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC 2150 E Lake Cook Road Suite 560 Buffalo Grove IL 60089 | 02/08/2013 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $3,655.00 | $3,655.00 | $3,205.00 | $0.00 | $0.00 | $450.00 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 01/30/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $24.55 | $24.55 | $0.00 | $0.00 | $0.00 | $24.55 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 01/30/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $18,408.00 | $18,408.00 | $7,245.00 | $0.00 | $0.00 | $11,163.00 |
| | CLERK OF THE US BANKRUPTCY COURT 219 S. DEARBORN CHICAGO IL 60604 | 01/30/2013 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| 3 | OFFICE OF THE U.S. TRUSTEE <B>(ADMINISTRATIVE)</B> | 06/11/2010 | U.S. Trustee Quarterly Fees | Allowed | 2950-000 | $0.00 | $325.00 | $325.00 | $0.00 | $0.00 | $0.00 | $325.00 |
| 7 | BANK OF AMERICA c/o James A. Rolfes, Reed Smith LLP 10 S. Wacker Drive Chicago IL 606067507 | 07/30/2010 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $2,181,544.97 | $241,491.75 | $241,491.75 | $0.00 | $0.00 | $0.00 |

**CLAIM ANALYSIS REPORT**

Page No: 2                          Exhibit C

| Case No. | 10-23008-CAD | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- |
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | Date: | 3/6/2013 |
| Claims Bar Date: | 10/21/2010 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 17 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 11/09/2010 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $665.00 | $665.00 | $0.00 | $0.00 | $0.00 | $665.00 |
| 18 | INTERNAL REVENUE SERVICE P O Box 7346 Philadelphia PA 191017346 | 01/31/2012 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| 1 | ULINE 2200 S/ Lakeside Drive Waukegan IL 60085 | 06/04/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,814.24 | $7,814.24 | $0.00 | $0.00 | $0.00 | $7,814.24 |
| 2 | STAR INDUSTRIAL SPECIALTIES PO Box 6403 Katy TX 77491 | 06/07/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $233.63 | $233.63 | $0.00 | $0.00 | $0.00 | $233.63 |
| 4 | CARLTON STAFFING 24 Greenway Plaza Suite 1209 Houston TX 77046 | 06/10/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,762.52 | $13,762.52 | $0.00 | $0.00 | $0.00 | $13,762.52 |
| 5 | AWL ELECTRIC, INC 4702 Inker Houston TX 77007 | 06/25/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,193.16 | $7,193.16 | $0.00 | $0.00 | $0.00 | $7,193.16 |
| 6 | VITRAN EXPRESS PO Box 633519 Cincinnati OH 452633519 | 07/22/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $443.24 | $443.24 | $0.00 | $0.00 | $0.00 | $443.24 |
| 7 | BANK OF AMERICA c/o James A. Rolfes, Reed Smith LLP 10 S. Wacker Drive Chicago IL 606067507 | 03/06/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,940,053.22 | $1,940,053.22 | $0.00 | $0.00 | $0.00 | $1,940,053.22 |
| 8 | TOMPKINS ASSOCIATES 6870 Perry Creek Road Raleigh NC 27616 | 08/16/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $72,458.42 | $72,458.42 | $0.00 | $0.00 | $0.00 | $72,458.42 |

**CLAIM ANALYSIS REPORT**

Page No: 3

Exhibit C

David E. Grochocinski
3/6/2013

| Case No. | 10-23008-CAD | | | | Trustee Name: | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | | | Date: | | | | |
| Claims Bar Date: | 10/21/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9 | BRIGGS EQUIPMENT<br>Lock Box 841272<br>Dallas TX 75284 | 08/25/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $41,166.95 | $41,166.95 | $0.00 | $0.00 | $0.00 | $41,166.95 |
| 10 | EVERGREEN TANK SOLUTIONS INC<br>711 W. Bay Area Blvd, Ste 560<br>Webster TX 77598 | 08/26/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $57,583.30 | $57,583.30 | $0.00 | $0.00 | $0.00 | $57,583.30 |
| 11 | ESSMYER, TRITICO & RAINEY LLP<br>5111 Center Street<br>Houston TX 77007 | 09/07/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,175.56 | $1,175.56 | $0.00 | $0.00 | $0.00 | $1,175.56 |
| 12 | PENTECH FINANCIAL SERVICES<br>1410 SW Morrison Street<br>Suite 750<br>Portland OR 97205 | 09/17/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $91,013.40 | $91,013.40 | $0.00 | $0.00 | $0.00 | $91,013.40 |
| 13 | PROFESSIONAL & INDUSTRIAL SERVICES<br>2507 W. Bay Area Blvd<br>Suite 1541<br>Webster TX 77598 | 10/05/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,842.00 | $9,842.00 | $0.00 | $0.00 | $0.00 | $9,842.00 |
| 14 | HEARNE & ASSOCIATES<br>19250 Everett Lane<br>Suite 200<br>Mokena IL 60448 | 10/08/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,601.04 | $5,601.04 | $0.00 | $0.00 | $0.00 | $5,601.04 |
| 15 | NMHG FINANCIAL SERVICES<br>c/o Thomas V. Askounis,Askounis & Darcy, PC,401 N. Michigan Ave.,<br>Suite 55<br>Chicago IL 60611 | 10/21/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $241,477.54 | $241,477.54 | $0.00 | $0.00 | $0.00 | $241,477.54 |
| 16 | ENVIRONMENTAL EARTH-WISE INC<br>Randall B Strong<br>Attorney at Law,407 W Baker Rd<br>Suite T<br>Baytown TX 77521 | 10/27/2010 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $80,584.02 | $80,584.02 | $0.00 | $0.00 | $0.00 | $80,584.02 |

**CLAIM ANALYSIS REPORT**

Page No: 4    Exhibit C

| Case No. | 10-23008-CAD | | Trustee Name: | David E. Grochocinski |
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | Date: | 3/6/2013 |
| Claims Bar Date: | 10/21/2010 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17a | ILLINOIS DEPARTMENT OF REVENUE<br><br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 606640338 | 11/09/2010 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $95.20 | $95.20 | $0.00 | $0.00 | $0.00 | $95.20 |
| 18a | INTERNAL REVENUE SERVICE<br><br>P O Box 7346<br>Philadelphia PA 191017346 | 01/31/2012 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $445.00 | $445.00 | $0.00 | $0.00 | $0.00 | $445.00 |
| | | | | | | | $4,793,912.12 | $2,853,858.90 | $267,661.41 | $0.00 | $0.00 | $2,586,197.49 |

**CLAIM ANALYSIS REPORT**  Page No: 5   Exhibit C

| Case No. | 10-23008-CAD | Trustee Name: | David E. Grochocinski |
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | Date: | 3/6/2013 |
| Claims Bar Date: | 10/21/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $3,655.00 | $3,655.00 | $3,205.00 | $0.00 | $0.00 | $450.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $24.55 | $24.55 | $0.00 | $0.00 | $0.00 | $24.55 |
| Attorney for Trustee Fees (Trustee Firm) | $18,408.00 | $18,408.00 | $7,245.00 | $0.00 | $0.00 | $11,163.00 |
| Claims of Governmental Units | $1,165.00 | $1,165.00 | $0.00 | $0.00 | $0.00 | $1,165.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| General Unsecured § 726(a)(2) | $2,489,818.22 | $2,489,818.22 | $0.00 | $0.00 | $0.00 | $2,489,818.22 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $2,181,544.97 | $241,491.75 | $241,491.75 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $81,124.22 | $81,124.22 | $0.00 | $0.00 | $0.00 | $81,124.22 |
| Trustee Compensation | $17,554.16 | $17,554.16 | $15,719.66 | $0.00 | $0.00 | $1,834.50 |
| U.S. Trustee Quarterly Fees | $325.00 | $325.00 | $0.00 | $0.00 | $0.00 | $325.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       10-23008-CAD
Case Name:      ALLIANCE WAREHOUSING & DISTRIBUTION OF HOUSTON, INC.
Trustee Name:   David E. Grochocinski

Balance on hand:    $17,472.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 7 | Bank of America | $2,181,544.97 | $241,491.75 | $241,491.75 | $0.00 |

Total to be paid to secured creditors:    $0.00
Remaining balance:    $17,472.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $17,554.16 | $15,719.66 | $1,834.50 |
| InnovaLaw, PC, Attorney for Trustee Fees | $18,408.00 | $7,245.00 | $11,163.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $24.55 | $0.00 | $24.55 |
| Scott, Horewitch, Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $3,655.00 | $3,205.00 | $450.00 |
| CLERK OF THE US BANKRUPTCY COURT, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |
| Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B>, U.S. Trustee Quarterly Fees | $325.00 | $0.00 | $325.00 |

Total to be paid for chapter 7 administrative expenses:    $14,090.05
Remaining balance:    $3,382.15

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00

|  |  | Remaining balance: | $3,382.15 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,165.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 17 | Illinois Department of Revenue | $665.00 | $0.00 | $665.00 |
| 18 | Internal Revenue Service | $500.00 | $0.00 | $500.00 |

|  | Total to be paid to priority claims: | $1,165.00 |
|---|---:|---:|
|  | Remaining balance: | $2,217.15 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,489,818.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Uline | $7,814.24 | $0.00 | $6.95 |
| 2 | Star Industrial Specialties | $233.63 | $0.00 | $0.21 |
| 4 | Carlton Staffing | $13,762.52 | $0.00 | $12.26 |
| 5 | AWL Electric, Inc | $7,193.16 | $0.00 | $6.41 |
| 6 | Vitran Express | $443.24 | $0.00 | $0.39 |
| 7 | Bank of America | $1,940,053.22 | $0.00 | $1,727.59 |
| 8 | Tompkins Associates | $72,458.42 | $0.00 | $64.52 |
| 9 | Briggs Equipment | $41,166.95 | $0.00 | $36.66 |
| 10 | Evergreen Tank Solutions Inc | $57,583.30 | $0.00 | $51.28 |
| 11 | Essmyer, Tritico & Rainey LLP | $1,175.56 | $0.00 | $1.05 |
| 12 | Pentech Financial Services | $91,013.40 | $0.00 | $81.05 |
| 13 | Professional & Industrial Services | $9,842.00 | $0.00 | $8.76 |
| 14 | Hearne & Associates | $5,601.04 | $0.00 | $4.99 |
| 15 | NMHG Financial Services | $241,477.54 | $0.00 | $215.03 |

|  | Total to be paid to timely general unsecured claims: | $2,217.15 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $81,124.22 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 16 | Environmental Earth-Wise Inc | $80,584.02 | $0.00 | $0.00 |
| 17a | Illinois Department of Revenue | $95.20 | $0.00 | $0.00 |
| 18a | Internal Revenue Service | $445.00 | $0.00 | $0.00 |

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |