## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-23008-CAD |
| | § | |
| ALLIANCE WAREHOUSING & | § | |
| DISTRIBUTION OF HOUSTON, INC. | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 4/3/2013, in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 S Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/06/2013   By: /s/ David E. Grochocinski
                 (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 10-23008-CAD |
|---|---|---|
| | § | |
| ALLIANCE WAREHOUSING & | § | |
| DISTRIBUTION OF HOUSTON, INC. | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $286,083.17
*and approved disbursements of* $268,610.97
*leaving a balance on hand of[1]:* $17,472.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 7 | Bank of America | $2,181,544.97 | $241,491.75 | $241,491.75 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $17,472.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $17,554.16 | $15,719.66 | $1,834.50 |
| InnovaLaw, PC, Attorney for Trustee Fees | $18,408.00 | $7,245.00 | $11,163.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $24.55 | $0.00 | $24.55 |
| Scott, Horewitch, Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $3,655.00 | $3,205.00 | $450.00 |
| CLERK OF THE US BANKRUPTCY COURT, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |
| Office of the U.S. Trustee | $325.00 | $0.00 | $325.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

| | | | | |
|---|---|---|---|---|
| <B>(ADMINISTRATIVE)</B>, U.S. Trustee Quarterly Fees | | | | |

Total to be paid for chapter 7 administrative expenses: $14,090.05
Remaining balance: $3,382.15

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,382.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,165.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Illinois Department of Revenue | $665.00 | $0.00 | $665.00 |
| 18 | Internal Revenue Service | $500.00 | $0.00 | $500.00 |

Total to be paid to priority claims: $1,165.00
Remaining balance: $2,217.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,489,818.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Uline | $7,814.24 | $0.00 | $6.95 |
| 2 | Star Industrial Specialties | $233.63 | $0.00 | $0.21 |

| | | | | |
|---|---|---:|---:|---:|
| 4 | Carlton Staffing | $13,762.52 | $0.00 | $12.26 |
| 5 | AWL Electric, Inc | $7,193.16 | $0.00 | $6.41 |
| 6 | Vitran Express | $443.24 | $0.00 | $0.39 |
| 7 | Bank of America | $1,940,053.22 | $0.00 | $1,727.59 |
| 8 | Tompkins Associates | $72,458.42 | $0.00 | $64.52 |
| 9 | Briggs Equipment | $41,166.95 | $0.00 | $36.66 |
| 10 | Evergreen Tank Solutions Inc | $57,583.30 | $0.00 | $51.28 |
| 11 | Essmyer, Tritico & Rainey LLP | $1,175.56 | $0.00 | $1.05 |
| 12 | Pentech Financial Services | $91,013.40 | $0.00 | $81.05 |
| 13 | Professional & Industrial Services | $9,842.00 | $0.00 | $8.76 |
| 14 | Hearne & Associates | $5,601.04 | $0.00 | $4.99 |
| 15 | NMHG Financial Services | $241,477.54 | $0.00 | $215.03 |

Total to be paid to timely general unsecured claims: $2,217.15
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $81,124.22 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 16 | Environmental Earth-Wise Inc | $80,584.02 | $0.00 | $0.00 |
| 17a | Illinois Department of Revenue | $95.20 | $0.00 | $0.00 |
| 18a | Internal Revenue Service | $445.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-23008-CAD
Alliance Warehousing & Distribution of H Chapter 7
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1  User: dross  Page 1 of 3  Date Rcvd: Mar 07, 2013
          Form ID: pdf006  Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2013.
```
db         +Alliance Warehousing & Distribution of Houston, IN,   1301 International Parkway,   Suite 100,
             Woodridge, IL 60517-5153
aty        +David P Lloyd,   Grochocinski Grochocski and Lloyd Ltd,   1900 Ravinia Road,
             Orland Park, IL 60462-3760
15602958    A&R Transport Inc,   37383 Eagle Way,   Chicago, IL 60678-1373
15602961   +AWL Electric, Inc,   4702 Inker,   Houston, TX 77007-3436
15602959   +Ace Imagewear,   735 Liberty,   Beaumont, TX 77701-2219
15602960   +American Express,   PO Box 360001,   Fort Lauderdale, FL 33336-0001
15602962   +Bank of America,   c/o James A. Rolfes, Reed Smith LLP,   10 S. Wacker Drive,
             Chicago, IL 60606-7453
15602963   +Briggs Equipment,   Lock Box 841272,   Dallas, TX 75284-1272
15699506   +Carlton Staffing,   24 Greenway Plaza Suite 1209,   Houston, TX 77046-2430
15602964   +Carlton Staffing,   Po Box 3013,   Houston, TX 77253-3013
15602965   +City of Houston Water Department,   4200 Leeland,   First Floor,   Houston, TX 77023-3016
15602966   +Clear Creek Equipment,   332 N. Highway 146,   La Porte, TX 77571-3262
16340314   +Environmental Earth-Wise Inc,   Randall B Strong,   Attorney at Law,   407 W Baker Rd Suite T,
             Baytown, TX 77521-2377
15602967   +Environmental Earth-Wise, inc.,   PO Box 61,   Mont Belvieu, TX 77580-0061
15602968   +Essmyer, Tritico & Rainey LLP,   5111 Center Street,   Houston, TX 77007-3305
15602969   +Evergreen Tank Solutions,   PO Box 840600,   Dallas, TX 75284-0600
16051865   +Evergreen Tank Solutions Inc,   711 W. Bay Area Blvd, Ste 560,   Webster, TX 77598-4079
15602970   +First Insurance Funding Corp,   8075 innovation Way,   Chicago, IL 60682-0080
15602971   +Gowan Inc,   5550 Airline Drive,   Houston, TX 77076-4998
15602972   +Hearne & Associates,   19250 Everett Lane,   Suite 200,   Mokena, IL 60448-8964
16726825   +Houston Fire Department,   c/o Linebarger Goggan Blair & Samps,   900 Arion Parkway Suite 104,
             San Antonio, TX 78216-2872
16397529    Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
15602973    Illinois Department of Revenue,   PO Box 19026,   Springfield, IL 62794-9026
18404788   +++Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
15602974    +Jani King of Houston Inc,   PO Box 841335,   Dallas, TX 75284-1335
15602975    +LaSalle Bank,   135 S. LaSalle,   Dept. 8160,   Chicago, IL 60674-1397
16307709   +NMHG Financial Services,   c/o Thomas V. Askounis,   Askounis & Darcy, PC,
             401 N. Michigan Ave., Suite 550,   Chicago, IL 60611-5523
15602977    +NMHG Financial Services Inc,   PO Box 643749,   Pittsburgh, PA 15264-3749
15602978    +NMHG Financial Svcs Inc,   44 Old Ridgebury Rd.,   Danbury, CT 06810-5107
15602979    +Ozarka Direct,   PO Box 856680,   Louisville, KY 40285-6680
15602980   ++PENTECH FINANCIAL SERVICES INC,   240 E HACIENDA AVE,   STE 100,   CAMPBELL CA 95008-6617
             (address filed with court: Pentech Financial,   910 E. Hamilton,   Campbell, CA 95008)
15602982    +Professional & Industrial Services,   2507 W. Bay Area Blvd,   Suite 1541,
             Webster, TX 77598-3151
15602983    +Ranger Conveying & Supply,   4701 Clinton Drive,   Houston, TX 77020-7803
15602984    +Robert Moran,   16619 W. Sioux,   Lockport, IL 60441-4262
16726824    +Scott Sierzega,   c/o Law Offices Of Acosta & Skawski,   400 S County Farm Road,   Suite 310,
             Wheaton, IL 60187-4547
15602985     Southpoint Air Conditioning Heatin,   PO Box 1974,   Friendswood, TX 77549-1974
15602986     Spartan Staffing,   PO Box 740435,   Atlanta, GA 30374-0435
15602987     Specialties Company Copper State R,   PO Box 266084,   Houston, TX 77207-6084
15602988    +Star Industrial Specialties,   PO Box 6403,   Katy, TX 77491-6403
15602989    +Starway Corp.,   1802 Nance St.,   Houston, TX 77020-5723
15602991    +Tompkins Associates,   6870 Perry Creek Road,   Raleigh, NC 27616-8069
15602994    +URS Corporation,   Dept 1028,   PO Box 121028,   Dallas, TX 75312-1028
15602993    +United Welding Supplies inc,   1301 Lathrop,   Houston, TX 77020-7542
15602995     Vitran Express,   PO Box 633519,   Cincinnati, OH 45263-3519
15888608    +Vitran Express,   POB 7004,   Indianapolis, IN 46207-7004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18404813     E-mail/Text: cio.bncmail@irs.gov Mar 08 2013 02:59:44    INTERNAL REVENUE SERVICE,
             230 S. DEARBORN ST,   STOP 5013CHI - RM 2600,   CHICAGO, IL 60604
15602992    +E-mail/Text: ulinecollections@uline.com Mar 08 2013 05:56:23    Uline,   2200 S/ Lakeside Drive,
             Waukegan, IL 60085-8311
                                                                                               TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty          Grochocinski, Grochocinski and Lloyd Ltd
15699288     Office of the U.S. Trustee
15602981*  ++PENTECH FINANCIAL SERVICES INC,   240 E HACIENDA AVE,   STE 100,   CAMPBELL CA 95008-6617
             (address filed with court: Pentech Financial Services,   1410 SW Morrison Street,   Suite 750,
             Portland, OR 97205)
15602990*   +Starway Corporation,   1802 Nance Street,   Houston, TX 77020-5723
```

```
District/off: 0752-1                  User: dross                    Page 2 of 3                  Date Rcvd: Mar 07, 2013
                                      Form ID: pdf006                Total Noticed: 47

15602976     ##+Lone Star Temp Services,   PO Box 836976,   Richardson, TX 75083-6976
                                                                                                  TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2013**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dross                Page 3 of 3                  Date Rcvd: Mar 07, 2013
                              Form ID: pdf006            Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2013 at the address(es) listed below:

```
          Aaron B Chapin    on behalf of Creditor    Bank of America, N.A. achapin@reedsmith.com
          Alex   Darcy    on behalf of Creditor    GE Capital Corporation adarcy@askounisdarcy.com
          Ariane   Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com,
           nbouchard@wfactorlaw.com
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
          David E Grochocinski    on behalf of Accountant    Scott, Horewitch, Pidgeon & Abrams LLC
           dgrochocinski@innovalaw.com, deg@trustesolutions.net
          James A Rolfes    on behalf of Creditor    Bank of America, N.A. jrolfes@reedsmith.com,
           ewilson@reedsmith.com
          Kathleen M. McGuire    on behalf of Plaintiff David E. Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Michael A Phelps    on behalf of Trustee David E Grochocinski mphelps@ggl-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip W. Nelson    on behalf of Defendant Joseph   Urso pnelson@edwardswildman.com,
           ksoto@edwardswildman.com;ECFFilings@edwardswildman.com
          Richard A Bixter    on behalf of Creditor    Landstar Global Logistics, Inc.
           richard.bixter@hklaw.com
          Robert J. Labate    on behalf of Creditor    Landstar Global Logistics, Inc. robert.labate@hklaw.com
          Stephen T. Bobo    on behalf of Creditor    Bank of America, N.A. sbobo@reedsmith.com
          Yeny C. Estrada    on behalf of Defendant Joseph   Urso yestrada@edwardswildman.com,
           kconnor@edwardswildman.com;ECFFilings@edwardswildman.com
                                                                                             TOTAL: 16
```