UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 10-23008-CAD |
|---|---|---|
|  | § |  |
| ALLIANCE WAREHOUSING & | § |  |
| DISTRIBUTION OF HOUSTON, INC. | § |  |
|  | § |  |
| Debtor(s) | § |  |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,200.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $244,873.90 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $41,209.27 | | |

3) Total gross receipts of $286,083.17 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $286,083.17 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $2,181,544.97 | $241,491.75 | $241,491.75 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $41,209.27 | $41,209.27 | $41,209.27 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $1,165.00 | $1,165.00 | $1,165.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $2,570,942.44 | $2,570,942.44 | $2,217.15 |
| **Total Disbursements** | NA | $4,794,861.68 | $2,854,808.46 | $286,083.17 |

4).  This case was originally filed under chapter 0 on 05/20/2010. The case was converted to one under Chapter 7 on 05/27/2010. The case was pending for -1324 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2013      By:  /s/ David E. Grochocinski
                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| FUND 936 WARRANT REFUND | 1224-000 | $2,208.60 |
| PREFERENCE DEMAND | 1241-000 | $17,500.00 |
| WCO AGREEMENTS/LEASE | 1249-000 | $195,000.00 |
| Interest Earned | 1270-000 | $92.64 |
| COMMISSIONS FROM OPERATION OF WAREHOUSE | 1290-000 | $71,281.93 |
| **TOTAL GROSS RECEIPTS** | | **$286,083.17** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Bank of America | 4110-000 | NA | $2,181,544.97 | $241,491.75 | $241,491.75 |
| **TOTAL SECURED CLAIMS** | | | NA | $2,181,544.97 | $241,491.75 | $241,491.75 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI, Trustee | 2100-000 | NA | $17,554.16 | $17,554.16 | $17,554.16 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $67.85 | $67.85 | $67.85 |
| Green Bank | 2600-000 | NA | $35.62 | $35.62 | $35.62 |
| The Bank of New York Mellon | 2600-000 | NA | $433.87 | $433.87 | $433.87 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| UPS | 2990-000 | NA | $209.21 | $209.21 | $209.21 |
| FEES, Attorney for Trustee | 3110-000 | NA | $18,408.00 | $18,408.00 | $18,408.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| EXPENSES, Attorney for Trustee | 3120-000 | NA | $203.01 | $203.01 | $203.01 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $24.55 | $24.55 | $24.55 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC, Accountant for Trustee | 3410-000 | NA | $3,655.00 | $3,655.00 | $3,655.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $41,209.27 | $41,209.27 | $41,209.27 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Illinois Department of Revenue | 5800-000 | NA | $665.00 | $665.00 | $665.00 |
| 18 | Internal Revenue Service | 5800-000 | NA | $500.00 | $500.00 | $500.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,165.00 | $1,165.00 | $1,165.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Uline | 7100-000 | NA | $7,814.24 | $7,814.24 | $6.95 |
| 2 | Star Industrial Specialties | 7100-000 | NA | $233.63 | $233.63 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 2; Star Industrial Specialties) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.21 |
| 4 | Carlton Staffing | 7100-000 | NA | $13,762.52 | $13,762.52 | $12.26 |
| 5 | AWL Electric, Inc | 7100-000 | NA | $7,193.16 | $7,193.16 | $6.41 |
| 6 | Vitran Express | 7100-000 | NA | $443.24 | $443.24 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 6; Vitran Express) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.39 |
| 7 | Bank of America | 7100-000 | NA | $1,940,053.22 | $1,940,053.22 | $1,727.59 |
| 8 | Tompkins Associates | 7100-000 | NA | $72,458.42 | $72,458.42 | $64.52 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Briggs Equipment | 7100-000 | NA | $41,166.95 | $41,166.95 | $36.66 |
| 10 | Evergreen Tank Solutions Inc | 7100-000 | NA | $57,583.30 | $57,583.30 | $51.28 |
| 11 | Essmyer, Tritico & Rainey LLP | 7100-000 | NA | $1,175.56 | $1,175.56 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 11; Essmyer, Tritico & Rainey LLP) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.05 |
| 12 | Pentech Financial Services | 7100-000 | NA | $91,013.40 | $91,013.40 | $81.05 |
| 13 | Professional & Industrial Services | 7100-000 | NA | $9,842.00 | $9,842.00 | $0.00 |
| | CLERK OF THE US BANKRUPTCY COURT (Claim No. 13; Professional & Industrial Services) | 7100-001 | $0.00 | $0.00 | $0.00 | $8.76 |
| 14 | Hearne & Associates | 7100-000 | NA | $5,601.04 | $5,601.04 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 14; Hearne & Associates) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.99 |
| 15 | NMHG Financial Services | 7100-000 | NA | $241,477.54 | $241,477.54 | $215.03 |
| 16 | Environmental Earth-Wise Inc | 7200-000 | NA | $80,584.02 | $80,584.02 | $0.00 |
| 17a | Illinois Department of Revenue | 7200-000 | NA | $95.20 | $95.20 | $0.00 |
| 18a | Internal Revenue Service | 7200-000 | NA | $445.00 | $445.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,570,942.44 | $2,570,942.44 | $2,217.15 |

Case 10-23008 Doc 88 Filed 08/15/13 Entered 08/15/13 14:05:11 Desc Main
Document Page 6 of 13

**FORM 1** Page No: 1 Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 10-23008-CAD | | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | **Date Filed (f) or Converted (c):** | 05/27/2010 (c) |
| **For the Period Ending:** | 7/11/2013 | | **§341(a) Meeting Date:** | 10/21/2004 |
| | | | **Claims Bar Date:** | 10/21/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 CHECKING | $3,200.00 | $3,200.00 | | $0.00 | FA |
| 2 CUSTOMER LIST | $0.00 | $0.00 | | $0.00 | FA |
| 3 COMMISSIONS FROM OPERATION OF WAREHOUSE (u) | $60,000.00 | $60,000.00 | | $71,281.93 | FA |
| 4 WCO AGREEMENTS/LEASE (u) | $195,000.00 | $0.00 | | $195,000.00 | FA |
| 5 FUND 936 WARRANT REFUND (u) | $2,208.60 | $0.00 | | $2,208.60 | FA |
| 6 PREFERENCE DEMAND (u) | Unknown | Unknown | | $17,500.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown | | $92.64 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**
$260,408.60     $63,200.00     $286,083.17     $0.00

**Major Activities affecting case closing:**
WAITING ON RETURNS AND INVESTIGATIONS OF PREFERENCE AND OTHER TRANSFER PAYMENTS

**Initial Projected Date Of Final Report (TFR):** 04/30/2012     **Current Projected Date Of Final Report (TFR):** 12/30/2013     /s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-23008-CAD | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1152 | Checking Acct #: | ******8365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/14/2010 | (3) | LDS PREMIER LOGISTICS, INC. (WIRE TRANSFER) | MAY 2010 COMMISSIONS | 1290-000 | $54,334.24 | | $54,334.24 |
| 06/14/2010 | 1001 | UPS | INV#0000FA7336230/OVERNIGHT DELIVERY FEES | 2990-000 | | $189.80 | $54,144.44 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | $5.00 | | $54,149.44 |
| 07/27/2010 | (4) | LANDSTAR SYSTEMS, INC. | WIRE CONFIRMATION | 1249-000 | $195,000.00 | | $249,149.44 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | $9.70 | | $249,159.14 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | $31.73 | | $249,190.87 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.13 | | $249,197.00 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.34 | | $249,203.34 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.13 | | $249,209.47 |
| 12/01/2010 | 1002 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | AWARD OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES PER ORDER OF 11/30/10 | * | | $7,448.01 | $241,761.46 |
| | | | FEES                  $(7,245.00) | 3110-000 | | | $241,761.46 |
| | | | EXPENSES                $(203.01) | 3120-000 | | | $241,761.46 |
| 12/01/2010 | 1003 | DAVID E. GROCHOCINSKI | INTERIM COMPENSATION PER ORDER OF 11/30/10 | 2100-000 | | $15,719.66 | $226,041.80 |
| 12/02/2010 | (3) | LANDSTAR | INCOMING WIRE/COMMISSIONS | 1290-000 | $16,947.69 | | $242,989.49 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.19 | | $242,995.68 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.19 | | $243,001.87 |
| 02/14/2011 | 1004 | Bank of America | secured creditor payment | 4110-000 | | $140,000.00 | $103,001.87 |
| 02/15/2011 | 1005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-23008, Bond#016026455 | 2300-000 | | $67.85 | $102,934.02 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $4.09 | | $102,938.11 |
| 03/01/2011 | 1006 | UPS | OVERNIGHT DELIVERY CHARGES | 2990-000 | | $19.41 | $102,918.70 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.62 | | $102,921.32 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.53 | | $102,923.85 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.62 | | $102,926.47 |

**SUBTOTALS**  $266,371.20  $163,444.73

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-23008-CAD | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1152 | Checking Acct #: | ******8365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.84 | | $102,927.31 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.87 | | $102,928.18 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $197.39 | $102,730.79 |
| 08/02/2011 | (5) | TEXAS COMPTROLLER OF PUBIC ACCOUNTS | FUND 936 WARRANT REFUND | 1224-000 | $2,208.60 | | $104,939.39 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.89 | | $104,940.28 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $243.53 | $104,696.75 |
| 09/23/2011 | 1007 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | INTERIM COMPENSATION/PER ORDER OF 9/22/11 | 3410-000 | | $3,205.00 | $101,491.75 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($7.05) | $101,498.80 |
| 09/26/2011 | 1008 | Bank of America | PAYMENT OF SECURED LIEN | 4110-000 | | $101,491.75 | $7.05 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.77 | | $7.82 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $7.82 | $0.00 |
| | | | TOTALS: | | $268,583.17 | $268,583.17 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $7.82 | |
| | | | Subtotal | | $268,583.17 | $268,575.35 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $268,583.17 | $268,575.35 | |

| For the period of 5/20/2010 to 7/11/2013 | | For the entire history of the account between 06/01/2010 to 7/11/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $268,583.17 | Total Compensable Receipts: | $268,583.17 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $268,583.17 | Total Comp/Non Comp Receipts: | $268,583.17 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $268,575.35 | Total Compensable Disbursements: | $268,575.35 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $268,575.35 | Total Comp/Non Comp Disbursements: | $268,575.35 |
| Total Internal/Transfer Disbursements: | $7.82 | Total Internal/Transfer Disbursements: | $7.82 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-23008-CAD | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1152 | | Checking Acct #: | ******8366 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 5/20/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 5/20/2010 to 7/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/01/2010 to 7/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-23008-CAD | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1152 | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/20/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $7.82 | | $7.82 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.81 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.80 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.79 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.78 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.77 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.76 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.75 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.74 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $7.73 |
| 12/20/2012 | (6) | JOSEPH URSO | SETTLEMENT PER ORDER OF 12/19/12 | 1241-000 | $17,500.00 | | $17,507.73 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.29 | $17,500.44 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $28.24 | $17,472.20 |
| 04/04/2013 | 5001 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,834.50 | $15,637.70 |
| 04/04/2013 | 5002 | CLERK OF THE US BANKRUPTCY COURT | Distribution on Claim #: ; | 2700-000 | | $293.00 | $15,344.70 |
| 04/04/2013 | 5003 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Distribution on Claim #: 3; | 2950-000 | | $325.00 | $15,019.70 |
| 04/04/2013 | 5004 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $11,163.00 | $3,856.70 |
| 04/04/2013 | 5005 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $24.55 | $3,832.15 |
| 04/04/2013 | 5006 | Scott, Horewitch, Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | $450.00 | $3,382.15 |
| 04/04/2013 | 5007 | Illinois Department of Revenue | Distribution on Claim #: 17; | 5800-000 | | $665.00 | $2,717.15 |
| 04/04/2013 | 5008 | Internal Revenue Service | Distribution on Claim #: 18; | 5800-000 | | $500.00 | $2,217.15 |
| 04/04/2013 | 5009 | Uline | Distribution on Claim #: 1; | 7100-000 | | $6.95 | $2,210.20 |

**SUBTOTALS**  $17,507.82   $15,297.62

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-23008-CAD | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1152 | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/20/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/04/2013 | 5010 | Clerk, US Bankruptcy Court | Small Dividends | * | | $6.64 | $2,203.56 |
| | | | Claim Amount $(0.21) | 7100-001 | | | $2,203.56 |
| | | | Claim Amount $(0.39) | 7100-001 | | | $2,203.56 |
| | | | Claim Amount $(1.05) | 7100-001 | | | $2,203.56 |
| | | | Claim Amount $(4.99) | 7100-001 | | | $2,203.56 |
| 04/04/2013 | 5011 | Carlton Staffing | Distribution on Claim #: 4; | 7100-000 | | $12.26 | $2,191.30 |
| 04/04/2013 | 5012 | AWL Electric, Inc | Distribution on Claim #: 5; | 7100-000 | | $6.41 | $2,184.89 |
| 04/04/2013 | 5013 | Tompkins Associates | Distribution on Claim #: 8; | 7100-000 | | $64.52 | $2,120.37 |
| 04/04/2013 | 5014 | Briggs Equipment | Distribution on Claim #: 9; | 7100-000 | | $36.66 | $2,083.71 |
| 04/04/2013 | 5015 | Evergreen Tank Solutions Inc | Distribution on Claim #: 10; | 7100-000 | | $51.28 | $2,032.43 |
| 04/04/2013 | 5016 | Pentech Financial Services | Distribution on Claim #: 12; | 7100-000 | | $81.05 | $1,951.38 |
| 04/04/2013 | 5017 | Professional & Industrial Services | Distribution on Claim #: 13; | 7100-000 | | $8.76 | $1,942.62 |
| 04/04/2013 | 5018 | NMHG Financial Services | Distribution on Claim #: 15; | 7100-000 | | $215.03 | $1,727.59 |
| 04/04/2013 | 5019 | Bank of America | Distribution on Claim #: 7; | 7100-000 | | $1,727.59 | $0.00 |
| 04/23/2013 | 5017 | VOID: Professional & Industrial Services | | 7100-003 | | ($8.76) | $8.76 |
| 06/13/2013 | 5020 | CLERK, U.S. BANKRUPTCY COURT | | 7100-001 | | $8.76 | $0.00 |
| 06/13/2013 | 5020 | VOID: CLERK, U.S. BANKRUPTCY COURT | | 7100-003 | | ($8.76) | $8.76 |
| 06/13/2013 | 5021 | CLERK OF THE US BANKRUPTCY COURT | | 7100-001 | | $8.76 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $2,210.20 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-23008-CAD | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1152 | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/20/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $17,507.82 | $17,507.82 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $7.82 | $0.00 | |
|  |  |  | **Subtotal** | | $17,500.00 | $17,507.82 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $17,500.00 | $17,507.82 | |

| For the period of 5/20/2010 to 7/11/2013 | | For the entire history of the account between 02/07/2012 to 7/11/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $17,500.00 | Total Compensable Receipts: | $17,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,500.00 | Total Comp/Non Comp Receipts: | $17,500.00 |
| Total Internal/Transfer Receipts: | $7.82 | Total Internal/Transfer Receipts: | $7.82 |
| | | | |
| Total Compensable Disbursements: | $17,507.82 | Total Compensable Disbursements: | $17,507.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,507.82 | Total Comp/Non Comp Disbursements: | $17,507.82 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-23008-CAD | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | ALLIANCE WAREHOUSING DISTRIBUTION OF HOUSTON, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1152 | | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/20/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $286,083.17 | $286,083.17 | $0.00 |

**For the period of 5/20/2010 to 7/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $286,083.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $286,083.17 |
| Total Internal/Transfer Receipts: | $7.82 |
| | |
| Total Compensable Disbursements: | $286,083.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $286,083.17 |
| Total Internal/Transfer Disbursements: | $7.82 |

**For the entire history of the case between 05/27/2010 to 7/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $286,083.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $286,083.17 |
| Total Internal/Transfer Receipts: | $7.82 |
| | |
| Total Compensable Disbursements: | $286,083.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $286,083.17 |
| Total Internal/Transfer Disbursements: | $7.82 |